# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

158721

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ALVERNO IAN BIGHAM,
          Defendant-Appellant.

SC: 158721
COA: 345711
Wayne CC: 18-001531-FH

_____/

     By order of July 29, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the October 31, 2018 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



Clerk

p1021